P398228

AFFIDAVIT OF SERVICE
US DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

| YANELI GUZMAN | | INDEX#: |
|---|---|---|
| | PLAINTIFF(S) PETITIONER(S) | 14-CV-8565 |
| | | DATE FILED: |
| Against | | |
| CHRISTINA LANG-ASSAEL | | INSYNC #: |
| | DEFENDANT(S) RESPONDENT(S) | 3-RW1-398228 |

ORANGE COUNTY, NEW YORK STATE:   RICHARD GESSNER being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at 9 Majestic Court, Newburgh, NY 12550

On 11/11/ 2014 at 1:06PM at 4449 ROUTE 44 MILLBROOK NY 12545 deponent served the within
___summons and complaint
ON CHRISTINA LANG- ASSAEL defendant

Individual

by delivering a true copy of each to said recipient personally: deponent knew the person so served to the person described as said recipient therein.

DEPONENT DESCRIBES THE INDIVIDUAL AS FOLLOWS:

| SEX | APPROX. AGE | APPROX HEIGHT | APPROX. WEIGHT | COLOR OF SKIN | COLOR OF HAIR |
|---|---|---|---|---|---|
| FEMALE | 55-65 | 5'0"-5'5" | 120-140 | WHITE | BLONDE AND BROWN |
| OTHER: | | | | | |

X   Deponent asked the indicated person whether the defendant and/ or present occupant was presently in   the military service of the United States Government or on active duty in the military service in the State of New York or a dependant of anybody in the military and was told defendant and/ or present occupant was not.

Sworn to before me on the 18 day of November 20 14

RICHARD GESSNER

MELISSA A. ROOT
NOTARY PUBLIC STATE OF NEW YORK
NO. 01RO6211157
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES SEPTEMBER 14, 20 17